CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 1 0 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JASON RICHARD-CHARLES CLEM, ) | |
|     Petitioner, ) | Civil Action No. 7:09cv00015 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| GENE M. JOHNSON, ) | By: Samuel G. Wilson |
|     Respondent. ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the Respondent's motion to dismiss is **GRANTED**; petitioner's motion pursuant to 28 U.S.C. § 2254 is **DISMISSED**; and this action is **STRICKEN** from the active docket of this court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 10th day of August, 2009.

_____
United States District Judge