United States District Court
Office of the Clerk
Western District of Virginia
210 Franklin Road, S.W.
Post Office Box 1234
Roanoke, Virginia  24006
7/15/2010

Rockingham County Circuit Court
Clerk's Office
Court Square
20 East Gay Street
Harrisonburg, VA  22801

Dear Clerk,

    Enclosed please find the return of your record regarding the defendant named below.

    PETITIONER:    **Jason Clem**

    USDC CASE #:    **7:09-cv-00015**

    Please acknowledge receipt of this record by signing and returning the attached copy of this letter.

    Thank you for allowing our court to utilize this record in consideration of a recent habeas petition.  If there is any problem in the return of this record, please feel free to call me at (540) 857-5100, Ext. #5322.

    Sincerely,

    JOHN F. CORCORAN, Clerk

    By:
        Deputy Clerk